CARLOS RODRIGUEZ, Appellant, v CITY OF NEW YORK, Respondent.

Submitted September 5, 2017; decided September 14, 2017

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of WLADIMIR SANCHEZ et al., Appellants, v COMMISSIONER, DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF CITY OF NEW YORK et al., Respondents.

Submitted July 3, 2017; decided September 14, 2017

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for ancillary relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3).

BONNIE SPENCE-BURKE, Appellant, v KEVIN BURKE, Respondent.

Submitted August 21, 2017; decided September 14, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.